## EVERETTE MCGREGOR *v.* COMMISSIONER OF CORRECTION
### (14103)

Lavery, Landau and Schaller, Js.

Argued January 17—decision released February 13, 1996

*William Andrew Lichtenfels,* for the appellant (petitioner).

*Timothy J. Sugrue,* assistant state's attorney, with whom, on the brief, were *James E. Thomas,* state's attorney, and *John Dropick,* senior assistant state's attorney, for the appellee (respondent).

PER CURIAM. The judgment is affirmed.